

# UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
### HOLLINGS JUDICIAL CENTER
### POST OFFICE BOX 835
### CHARLESTON, SOUTH CAROLINA 29402

**DAVID C. NORTON**
**UNITED STATES DISTRICT JUDGE**

TELEPHONE (843) 579-1450
FAX (843) 579-1459

August 21, 2006

The Honorable Ortrie D. Smith
Chair, Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, DC 20544

RECEIVED 2006 AUG 28 A 10: 52 FINANCIAL DISCLOSURE OFFICE

### RE: 2005 Financial Disclosure Report

Dear Judge Smith:

Enclosed please find four (4) copies of Amendments to my 2005 Financial Disclosure Report. These amendments address the additional information as requested in your letter of August 2, 2006.

With kind regards, I am

Sincerely,

David C. Norton
United States District Judge

DCN:ngr

Enclosures

RECEIVED 2006 AUG 28 A 10: 52 FINANCIAL DISCLOSURE OFFICE

## David C. Norton

## FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

**Amendments to Initial Report**

Part VII, line 114, "South Carolina ST G/O State Hwy Ser", should have shown in column B *Income Code* A and *Type* **Interest.**

Part VII, line 127, "UTS Strategic Ten Dow 04-D Portfolio(IRA)", should have shown in column B *Income Code* A and *Type* **Dividend.**

Part VII, line 132 "Wachovia (IRA) is Wachovia Bank stock. The (IRA) shown merely denotes that it is part of the IRA account. In the future, we will remove that from the asset listing.

Part VII, page 8, line 127 "United Technologies Corp." should not have been listed on the 2005 Report. It was sold 02/19/03, please forgive the error.

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Norton, David C | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>07/06/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>P.O. Box 835<br>Charleston, SC 29402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust (Trust #1) |
| 2. Trustee | Article 5 Trust |
| 3. Trustee | Article 6 Trust |
| 4. | |
| 5. | |

RECEIVED 2006 JUL 17 P 3: 09 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Professor of Pathology at Medical Univesity of South Carolina - Salary |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Institutue of Continuing Legal Education in Georgia | 05/06/2005 - Expenses for travel and food for "The New Rules Seminar" in Atlanta, GA. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AES Corp | | None | J | T | | | | | |
| 2. AFLAC Inc | | None | K | T | | | | | |
| 3. Agere Sys Inc | | None | J | T | | | | | |
| 4. Alcoa Inc | A | Dividend | J | T | | | | | |
| 5. Alliance Bernstein Tech Fund Cl B | | None | L | T | | | | | |
| 6. Allianz Life Franklin Valuemark | A | Dividend | K | T | | | | | |
| 7. Altria Group | A | Dividend | J | T | | | | | |
| 8. American Express Co | A | Dividend | J | T | | | | | |
| 9. American Intl Group Inc | A | Dividend | K | T | | | | | |
| 10. American Intl Group Inc | A | Dividend | J | T | | | | | |
| 11. Ameriprise Financial Inc | A | Dividend | J | T | | | | | |
| 12. Amgen Inc | | None | J | T | | | | | |
| 13. AT&T Inc (formerly AT&T Corp) | A | Dividend | J | T | | | | | |
| 14. AT&T Inc (formerly SBC Communications) | A | Dividend | J | T | merger | | | | |
| 15. AT&T Inc (formerly SBC Communications) | A | Dividend | J | T | merger | | | | |
| 16. Avaya | | None | J | T | | | | | |
| 17. Bank of America | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of America | A | Dividend | J | T | | | | | |
| 19. Bank of New York Inc | A | Dividend | J | T | | | | | |
| 20. Barnwell Cnty SC Sch Dist 45 | A | Interest | | | redemption | 03/24 | J | A | |
| 21. Berkshire Hathaway Inc Cl B | | None | J | T | | | | | |
| 22. BP PLC Spons ADR | B | Dividend | L | T | | | | | |
| 23. Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 24. Chevron Texaco Corp | A | Dividend | J | T | | | | | |
| 25. Chevron Texaco Corp | A | Dividend | K | T | | | | | |
| 26. Chevron Texaco Corp | A | Dividend | K | T | | | | | |
| 27. Cisco Sys Inc | | Royalty | J | T | | | | | |
| 28. Citibank Deposit Program | A | Interest | J | T | | | | | |
| 29. Citibank Deposit Program | A | Interest | K | T | | | | | |
| 30. Citibank Deposit Program | A | Interest | K | T | | | | | |
| 31. Citigroup Inc | C | Dividend | M | T | | | | | |
| 32. Coca-Cola Co | A | Dividend | J | T | | | | | |
| 33. Columbia SC due 06/0/06 | A | Interest | J | T | | | | | |
| 34. Comcast Corp | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 07/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Comcast Corp | | None | J | T | | | | | |
| 36. CSX Corp | A | Dividend | | T | | | | | |
| 37. Dell Inc | | None | J | T | | | | | |
| 38. Walt Disney Co | | Royalty | J | T | | | | | |
| 39. Walt Disney Co | A | Dividend | J | T | | | | | |
| 40. Walt Disney Co | A | Dividend | J | T | | | | | |
| 41. Dover | A | Dividend | J | T | | | | | |
| 42. Dow Chemical | A | Dividend | J | T | | | | | |
| 43. Dow Chemical | A | Dividend | J | T | | | | | |
| 44. E I Dupont Co | A | Dividend | J | T | | | | | |
| 45. Eaton Vance Tax Free Fund | D | Dividend | N | T | | | | | |
| 46. Electronic Data Systems Corp New | A | Dividend | | T | | | | | |
| 47. Eli Lilly & Co | B | Dividend | L | T | | | | | |
| 48. Eli Lilly & Co | A | Dividend | J | T | | | | | |
| 49. Emerson Electric | A | Dividend | K | T | | | | | |
| 50. Expedia Inc | | None | J | T | | | | | |
| 51. Exxon Mobil Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 53. Federal Home Ln Mtg Corp | A | Dividend | J | T | | | | | |
| 54. Federal National Mortgage Assn | A | Dividend | J | T | | | | | |
| 55. First Federal of Charleston | C | Interest | M | T | | | | | |
| 56. First Federal of Charleston Inc | D | Dividend | N | T | | | | | |
| 57. First Financial Holdings Inc | D | Dividend | N | T | | | | | |
| 58. First Financial Holdings Inc | B | Dividend | L | T | | | | | |
| 59. Freescale Semiconductor Inc | | None | J | T | | | | | |
| 60. Genetech Inc | | None | K | T | | | | | |
| 61. General Electric Co | B | Dividend | L | T | | | | | |
| 62. General Electric Co | A | Dividend | K | T | | | | | |
| 63. General Electric Co | A | Dividend | K | T | | | | | |
| 64. General Motors Corp | B | Dividend | J | T | | | | | |
| 65. Goldman Sachs Group Inc | A | Dividend | J | T | | | | | |
| 66. Grand Strand WTR & SWR Auth | A | Interest | J | T | | | | | |
| 67. HCA Inc | A | Dividend | J | T | | | | | |
| 68. Hartford Financial Services Grp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Hartford Capital Appreciation Fund (IRA) | B | Dividend | M | T | | | | | |
| 70. Hewlett Packard Co | A | Dividend | J | T | | | | | |
| 71. Home Depot Inc | A | Dividend | J | T | | | | | |
| 72. Honeywell Intl Inc | A | Dividend | J | T | | | | | |
| 73. IBM | A | Dividend | | T | | | | | |
| 74. Intel (IRA) | A | Dividend | J | T | | | | | |
| 75. Intel | A | Distribution | K | T | | | | | |
| 76. IAC Interactive Corp | | None | J | T | | | | | |
| 77. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 78. Kimberly Clark | A | Dividend | J | T | | | | | |
| 79. Lincoln National Corp | A | Dividend | J | T | | | | | |
| 80. Linciln National Life Annuity (IRA) | A | Dividend | J | T | | | | | |
| 81. Lucent Technologies | | None | J | T | | | | | |
| 82. MFS South Carolina Muni Bond | A | Interest | L | T | buy | 04/05 | K | | |
| 83. Mass Mutual Life Ins | | None | J | T | | | | | |
| 84. McDonalds Corp | A | Dividend | J | T | | | | | |
| 85. Merrill Lynch & Co Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Norton, David C | 07/04/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Microsoft Corp | A | Dividend | J | T | | | | | |
| 87. JP Morgan Chase & Co | A | Dividend | J | T | | | | | |
| 88. Motorola | A | Dividend | J | T | | | | | |
| 89. 3M Company A | A | Dividend | J | T | | | | | |
| 90. NCR | | None | J | T | | | | | |
| 91. Neenah Paper Inc | | None | J | T | | | | | |
| 92. Nokia Corp | A | Dividend | J | T | | | | | |
| 93. Norfolok Southern | A | Dividend | L | T | | | | | |
| 94. North Carolina Rental Property (2/3) | C | Rent | O | Q | | | | | |
| 95. Paragon Life Fixed Fund | | None | J | T | | | | | |
| 96. Pepsico Inc | A | Dividend | J | T | | | | | |
| 97. Pfizer Inc | A | Dividend | J | T | | | | | |
| 98. Pfizer Inc | A | Dividend | J | T | | | | | |
| 99. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 100. Proctor & Gamble | | None | J | T | merger | 10/03 | J | | |
| 101. Progress Energy | A | Dividend | J | T | | | | | |
| 102. Putnam Tax Smart FDS Equity FD Cl B | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A.=$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

Norton, David C

Date of Report

07/04/2006

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Safeway Inc | | None | J | T | | | | | |
| 104. SCANA Corp | B | Dividend | K | T | | | | | |
| 105. SCBT | A | Dividend | K | T | | | | | |
| 106. Scherling Plough Corp | A | Dividend | J | T | | | | | |
| 107. Smith Barney Global Biotech Fund L (IRA) | | None | J | T | | | | | |
| 108. Smucker Co | A | Dividend | J | T | | | | | |
| 109. South Carolina State Deferred Comp Plan | A | Dividend | J | T | | | | | |
| 110. South Carolina State Retirement Plan | B | Dividend | M | T | | | | | |
| 111. Solectron Corp | | None | J | T | | | | | |
| 112. South Carolina Beach Property | A | Rent | O | W | | | | | |
| 113. St Paul Companies Inc | A | Dividend | J | T | | | | | |
| 114. South Carolina ST G/O State Hwy Ser | | | | | redemption | 04/01 | J | A | |
| 115. South Carolina St Ser MB UT | A | Interest | J | T | | | | | |
| 116. South Financial Group (IRA) | C | Dividend | M | T | | | | | |
| 117. Spectrex | | None | J | T | | | | | |
| 118. Spectrex (IRA) | | None | J | T | | | | | |
| 119. Suntrust Banks Inc | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | Q =Appraisal | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market |
| | U =Book Value | V =Other | S =Assessment | W =Estimated | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Synovus Financial Corp | A | Dividend | K | T | | | | | |
| 121. Target Corp | A | Dividend | J | T | | | | | |
| 122. Texas Instruments Inc | A | Dividend | J | T | | | | | |
| 123. Time Warner Inc | A | Distribution | J | T | | | | | |
| 124. Travelers Life TLAC Port Arch A Annuity | A | Dividend | M | T | | | | | |
| 125. Travelers Marquis Fund | A | Dividend | N | T | | | | | |
| 126. Travelers Vintage Fixed Account | B | Dividend | M | T | | | | | |
| 127. UTS Strategic Ten Dow 04-D Portfolio(IRA) | | | | | sale | 04/15 | L | A | |
| 128. UTS Strategic Ten Dow 05-A Portfolio (IRA) | C | Dividend | L | T | buy | 04/15 | L | | |
| 129. Verizon | A | Dividend | J | T | | | | | |
| 130. Verizon | A | Dividend | J | T | | | | | |
| 131. Wachovia | C | Dividend | L | T | | | | | |
| 132. Wachovia (IRA) | C | Distribution | L | T | | | | | |
| 133. Washington Mutual Inc | A | Dividend | J | T | | | | | |
| 134. Washington Mutual Investors Fund Cl A | A | Dividend | K | T | | | | | |
| 135. Washington Mutual Investors Fund Cl A | A | Dividend | K | T | buy | 07/02 | K | | |
| 136. Washington Mutual Investors | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Wells Fargo & Co New | A | Dividend | J | T | | | | | |
| 138. Wyeth | A | Dividend | J | T | | | | | |
| 139. Wyeth | A | Dividend | J | T | | | | | |
| 140. Zimmer Holdings Inc | | None | J | T | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Norton, David C | 07/06/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PLEASE SEE ATTACHED

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date _July 11, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

David C. Norton

## 2005 FINANCIAL DISCLOSURE REPORT

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS

Section I.      POSITIONS

Trust (Trust #1)              See Attached Sheet for Contents

Section VII.   Investments & TRUSTS

Item 3.         Shown on 2004 Financial Disclosure Report on line 3 and
                4 as Agere Sys Inc Cl A and Agere Sys Inc Cl B.  Due to
                reverse split they have been combined Agere Sys Inc.

Item. 11.       Due to a spinoff based on the position of shares held in American
                Express Co., the account was credited with shares of Ameriprise
                Financial Inc.

Item 14/15.     SBC Communications (listed on line 101 and 102 of the 2004
                Financial Disclosure Report) have merged with and become
                AT&T Inc.

Item 17.        Bank of America, additional shares purchased 07/15/05.

Item 18.        Bank of America, erroneously omitted from 2004 Financial
                Disclosure Report by preparer.

Item 50.        Expedia Inc. was omitted from 2004 Financial Disclosure Report.
                For unknown reason it was not listed on the 2004 year end report
                from broker.

David C. Norton

## 2005 FINANCIAL DISCLOSURE REPORT

Item 82.        MFS South Carolina Muni Bond, purchased additional shares 04/05/05.

Item 98.        Pfizer Inc erroneously omitted from 2004 Financial Disclosure Report by preparer.

Item 100.       Gillette Co. (listed on line 62 of 2004 Financial Disclosure Report) merged with and became Proctor & Gamble.

**Trust A**
12/31/03

<u>Hilliard</u>
<u>Lyons</u>
<u>Account</u>

<u>Cash</u>          Value J

<u>Stocks</u>

        ███ Eli Lilly & Co.          Value K
        ███ Pfizer Inc.             Value K

<u>Crops</u>

<u>Heartlan</u>
<u>d Bank</u>

Checking ⟍
Money    ⟩   Value M
Market   ⟋

<u>Land</u>

███ ac.   Lain Farm   ⟍
         Ragsdale     ⟩  Value P2
███ ac.   Farm
███ c.    Tipton Farm ⟋